1  KENNETH H. YOON (State Bar No. 198443)
   kyoon@yoonlaw.com
2  STEPHANIE E. YASUDA (State Bar No. 265480)
   syasuda@yoonlaw.com
3  BRIAN G. LEE (State Bar No. 300990)
   blee@yoonlaw.com
4  **YOON LAW, APC**
   One Wilshire Boulevard, Suite 2200
5  Los Angeles, California 90017
   Telephone: (213) 612-0988
6  Facsimile: (213) 947-1211

7  G. SAMUEL CLEAVER (SBN 245717)
   sam@gscleaverlaw.com
8  **LAW OFFICES OF G. SAMUEL CLEAVER**
   5670 Wilshire Boulevard, 18th Floor
9  Los Angeles, California 90036
   Telephone: (323) 648-6676
10

11 Attorneys for Plaintiff Maria Herrera

12

13            **UNITED STATES DISTRICT COURT**

14           **CENTRAL DISTRICT OF CALIFORNIA**

15 | MARIA HERRERA, as an individual | Case No.: 5:17-cv-02137-MWF-SHK
   | and on behalf of all others similarly |
16 | situated; | [Shashi H. Kewalramani; Courtroom 3
   | | or 4]
17 |          Plaintiffs, |
   | | **DECLARATION OF STEPHANIE**
18 | v. | **E. YASUDA IN SUPPORT OF**
   | | **PLAINTIFFS' *EX PARTE***
19 | FEDERAL EXPRESS | **APPLICATION TO COMPEL**
   | CORPORATION, a corporation; and | **DEDENDANT TO PRODUCE ALL**
20 | DOES 1 through 50, inclusive, | **CELL PHONE USAGE AND**
   | | **REIMBURSEMENT POLICIES**
21 |          Defendants. |
   | | Date Filed: September 12, 2017
22 | | Date Removed;  October 19, 2017
   | | Trial Date: October 29, 2019
23

24

25

26

27

28

                              1

1

**DECLARATION OF STEPHANIE E. YASUDA**

2

I, Stephanie E. Yasuda, declare as follows:

3      1.      I am an individual over the age of 18.  I am a California bar-admitted

4 attorney employed with the Yoon Law, APC, and I am one of the attorneys of

5 record for Plaintiff Maria Herrera ("Plaintiff") in this action.  I have personal

6 knowledge of the facts set forth below and if called to testify I could and would do

7 so competently.

8      2.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's

9 Request for Production of Documents to Defendant Federal Express Corporation

10 ("FedEx" or "Defendant").

11      3.      Attached hereto as **Exhibit B** is a true and correct copy of FedEx's

12 Response to Plaintiff's Request for Production.

13      4.      Attached hereto as **Exhibit C** is a true and correct copy of FedEx's

14 Amended Response to Plaintiff's Request of Production.

15      5.      Attached hereto as **Exhibit D** is a true and correct copy of

16 Defendant's Rule 26(a)(1) Supplemental Disclosures.

17      6.      On October 23, 2018, after speaking with a putative class member

18 who informed me that FedEx just recently rolled out a new cell phone

19 reimbursement policy and form, I sent counsel for FedEx an email requesting

20 production of a FedEx cell phone usage and reimbursement policy that the

21 company had failed to disclose or produce.  On October 24, counsel for FedEx

22 responded that "[w]e will produce any new or changed policy concerning

23 reimbursement for personal cell phone use." A true and correct copy of counsel

24 for the Parties' October 23 and 24 correspondence is attached hereto as **Exhibit E.**

25      7.      On October 29, 2018, I again emailed counsel for FedEx to request

26 that FedEx produced the recently discovered cell phone usage and reimbursement

27 policy.  A true and correct copy of this correspondence is attached hereto as

28 **Exhibit F.**

1

DECLARATION OF STEPHANIE E. YASUDA IN SUPPORT OF PLAINTIFF'S EX PARTE
APPLICATION TO COMPEL DEFENDANT TO PRODUCE ALL CELL PHONE USAGE
AND REIMBURSEMENT POLICIES

8.      On October 30, counsel for FedEx again promised that "[w]e will produce the cell phone documents . . . on November 1." However, at the end of the day on November 2, FedEx changed its position and refused to produce the documents on the grounds that "such documents and communications represent subsequent remedial measures which are inadmissible under FRE 407." In response, I explained why the documents were relevant and provided legal authority requiring their production.

9.      On November 2, 2018, I attempted to contact counsel for FedEx, David Wilson, via telephone to provide notice that Plaintiff intended to move *ex parte* to compel production of the FedEx cell phone and usage policy. I could not reach FedEx counsel via telephone to provide oral notice. Accordingly, I provided notice of this *Ex Parte* Application by email on November 2.  On November 5, 2018, counsel for FedEx responded to my *ex parte* notice and stated that FedEx had not determined whether it intended to oppose Plaintiff's *Ex Parte* application. Counsel for FedEx conceded that he was unaware of any "controlling authority" in support of FedEx's position. I responded with additional legal authority but have not yet received any response. A true and correct copy of the correspondence between the Parties from October 30 to November 5, 2018 is attached hereto as **Exhibit G**.

10.      On November 6, 2018, I again attempted to call Defendant's counsel, David Wilson, but I was informed by his secretary that he was unavailable. I sent a follow-up email again requesting Defendant advise as to whether or not it would oppose this ex parte application. In response, Mr. Wilson advised that Defendant will oppose.

11.      Defendants' counsel's contact information is as follows:

2

DECLARATION OF STEPHANIE E. YASUDA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO COMPEL DEFENDANT TO PRODUCE ALL CELL PHONE USAGE AND REIMBURSEMENT POLICIES

1

2

3

4

David S. Wilson III
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

5

6

7

8

Jane M. Flynn
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

9

10

11

12

12. I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 6th day of November, 2018, at Los Angeles, California.

13

14

/s/ *Stephanie E. Yasuda*
Stephanie E. Yasuda

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF STEPHANIE E. YASUDA IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO COMPEL DEFENDANT TO PRODUCE ALL CELL PHONE USAGE AND REIMBURSEMENT POLICIES