1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 5:17-cv-02137-MWF (SHK)<br><br>[Hon. Michael W. Fitzgerald, Courtroom 5A]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING** |

ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL APPROVAL
HEARING

# ORDER

Having reviewed and considered the foregoing Joint Stipulation to Continue the Final Approval Hearing, and finding good cause, HEREBY ORDERS as follows:

1.  The Settlement Administrator shall mail the Notice Packet as soon as practical after the Court's order;

2.  Final Approval Hearing is rescheduled to December 9, 2019 at 10:00 am.

**IT IS SO ORDERED.**

Dated:  August 30, 2019

_____
Hon. Michael W. Fitzgerald
Judge of the United States District Court

ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL APPROVAL
HEARING