1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, as an individual and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>FEDERAL EXPRESS CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 5:17-cv-02137-MWF (SHK)<br><br>[Hon. Michael W. Fitzgerald, Courtroom 5A]<br><br>**ORDER GRANTING JOINT STIPULATION TO GIVE CORRECTIVE NOTICE TO SOME CLASS MEMBERS AND TO CONTINUE THE FINAL APPROVAL HEARING** |

# ORDER

1. The Settlement Administrator shall mail the privacy postcard attached as Exhibit A to the Stipulation (Docket No. 121) filed on November 11, 2019 to the 2,981 Class Members whose estimated Claim Amounts are in any amount lower than the estimated amount set forth in their September 9, 2019 Notice Packet;

2. The 2,981 Class Members shall have 30 days from the date of the postcard mailing within which to opt-out, object or do nothing in response to this Settlement;

3. The Final Approval Hearing is rescheduled to January 27, 2020 at 10:00 am.

**IT IS SO ORDERED.**

Dated: November 12, 2019

_____
Michael W. Fitzgerald
United States District Judge

2
ORDER GRANTING JOINT STIPULATION TO GIVE CORRECTIVE NOTICE TO SOME CLASS MEMBERS AND TO CONTINUE THE FINAL APPROVAL HEARING