1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERRERA, as an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br>FEDERAL EXPRESS CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No. 5:17-cv-02137-MWF (SHK)<br><br>[Hon. Michael W. Fitzgerald, Courtroom 5A]<br><br>**ORDER GRANTING JOINT STIPULATION TO GIVE CORRECTIVE NOTICE TO SOME CLASS MEMBERS AND TO CONTINUE THE FINAL APPROVAL HEARING** |

**ORDER**

1. The Settlement Administrator shall mail the privacy postcard attached as Exhibit A to the Stipulation filed on December 10, 2019 to all 11,159 Class Members;

2. All 11,159 Class Members shall have 30 days from the date of the postcard mailing within which to dispute their work weeks, opt-out, object or do nothing in response to this Settlement (for reference, the Data Dispute Deadline in the Settlement Agreement is 45 days);

3. The Final Approval Hearing be rescheduled to February 17, 2020.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
Hon. Michael W. Fitzgerald
Judge of the United States District Court